IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                      Case No. 3:00cr781-01

        Plaintiff,                                                  Judge David A. Katz

  -vs-

                                                          ORDER

Lawrence M. Richardson, Jr. ,

        Defendant.

      Before the Court is the Report and Recommendation of the Magistrate Judge in the above entitled case issued on February 10, 2006.

      Counsel having filed with the Court notices indicating that there will be no objections to the Report and Recommendation filed, the Court hereby adopts the Magistrate's Report and Recommendation in its entirety which modifies the defendant's supervised release.  Judgment Entry to issue forthwith.

      IT IS SO ORDERED.

                                                              s/ DAVID A. KATZ     2/13/2006
                                                              United States District Judge